FILED

2010 OCT 22  AM 10: 17

CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA  PLAINTIFF(S) v. | CASE NUMBER | **10-2634M** |
| FREDERICK DARREN BERG  DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: _____
in the __WESTERN__ District of __WASHINGTON__ on __10/19/2010__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1343, 1957__
to wit: _____

A warrant for defendant's arrest was issued by: __WESTERN DISTRICT of WASHINGTON__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __10-22-10__, by

_____ (SEAL) , Deputy Clerk.

__Joseph A. Simon__
Signature of Agent

__JOSEPH A. SIMON__
Print Name of Agent

__FBI__
Agency

__SPECIAL AGENT__
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT