# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. FREDERICK DARREN BERG DEFENDANT(S). | CASE NUMBER: **10-2634M** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

FILED 2010 OCT 22 AM 10:17

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/21/2010  3:15P  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)  Yes ☒   No ☐
3. Charges under which defendant has been booked:
   18 USC 1343     18 USC 1957
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1962
8. The defendant is:  ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☒ Yes   Name: _____   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Recepnw   Time: 9:20 ☒ AM / PM
14. Remarks (if any): _____

15. Date: 10/22/2010
16. Name: Joseph A. Skinn (Please Print)
17. Agency: FBI
18. Signature: Joseph A. Skinn
19. Office Phone Number: 310/477-6565

CR-64 (06/09)     REPORT COMMENCING CRIMINAL ACTION